```
                                                               F I L E D
                                                        UNITED STATES DISTRICT COURT
                                                            DENVER, COLORADO
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO                        JUL 29 2011

                                                            GREGORY C. LANGHAM
Civil Action No. 11-cv-01472-BNB                                              CLERK
```

RICARDO V. JOHNSON,

    Plaintiff,

v.

SGT. MICHELLE TAYLOR,
C.O. KEVIN DUTY, and
C.O. JOSHUA ADAMS,

    Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED July 29, 2011, at Denver, Colorado.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01472-BNB

Ricardo V. Johnson
Prisoner No. 144329
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 29, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk