# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 11-cv-01472-REB-MJW

RICARDO V. JOHNSON,

v.

SGT. MICHELLE TAYLOR,
C.O. KEVIN DUTY, and
C.O. JOSHUA ADAMS,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -3 2011

GREGORY C. LANGHAM
CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

      This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

      2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

      3. That all costs of service shall be advanced by the United States; and

      4. That after service of process, any defendant or counsel for any defendant

having been served  shall respond to the complaint as provided in the Federal Rules of

Civil Procedure.

Dated August 2, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-01472-REB-MJW

Ricardo V. Johnson
Prisoner No. 144329
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Sgt. Michelle Taylor, C/O Kevin Duty,
and C/O Joshua Adams - **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

James Quinn, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

        I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to the Keith Nordell for service of process on Sgt.
Michelle Taylor, C/O Kevin Duty, and C/O Joshua Adams : COMPLAINT FILED 06/06/11,
WAIVER\*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on
August 3, 2011.

                                        GREGORY C. LANGHAM, CLERK

                                By: _____
                                                Deputy Clerk