# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01472-REB-MJW

RICARDO V. JOHNSON,

    Plaintiff,

v.

SGT. MICHELLE TAYLOR,
C.O. KEVIN DUTY, and
C.O. JOSHUA ADAMS,

    Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of the United States Magistrate Judge** [#18] entered by Judge Robert E. Blackburn on September 14, 2012, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That under FED. R. CIV. P. 56, the defendants' **Motion To Dismiss or, in the Alternative, Motion for Summary Judgment** [#13] filed October 3, 2011, is **GRANTED**;

2. That this case is **DISMISSED WITH PREJUDICE**;

3. Accordingly, **JUDGMENT IS HEREBY ENTERED** in favor of the defendants, Michelle Taylor, Sergeant, Kevin Duty, C.O., and Joshua Adams, C.O., against the plaintiff, Ricardo V. Johnson; and

4. That defendants are **AWARDED** their costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 14th day of September, 2012.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Edward P. Butler
      Edward P. Butler
      Deputy Clerk